# CRIMINAL COMPLAINT

## United States District Court
**DISTRICT of ARIZONA**

United States of America
v.
**Alberto Javier Montejo**
DOB: XX/XX/1976; Citizen of Mexico;
A#: 073 934 994

DOCKET NO.

MAGISTRATE'S CASE NO.
**12-00832M**

Complaint for violation of Title 8 United States Code § 1326(b)(2); 1325

| NAME OF JUDGE OR MAGISTRATE | OFFICIAL TITLE<br>UNITED STATES MAGISTRATE JUDGE | LOCATION<br>TUCSON, ARIZONA |
|---|---|---|

| DATE OF OFFENSE<br>ON OR ABOUT<br>July 26, 2012 | PLACE OF OFFENSE<br>AT OR NEAR<br>Douglas | ADDRESS OF ACCUSED (if known)<br>Sinaloa, Mexico |
|---|---|---|

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

**Count 1:** On or about July 26, 2012 at or near Douglas, in the District of Arizona, Alberto Javier Montejo, an alien, entered, and was found in the United States of America after having been denied admission, excluded, deported, and removed from the United States through San Ysidro, California on March 21, 2012 and not having obtained the express consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code § 1326, enhanced by Title 8, United States Code § 1326(b)(2).

**Count 2:** On or about July 18, 2012, at or near Douglas, Arizona, Alberto Javier Montejo, an alien, did unlawfully enter the United States of America from the Republic of Mexico, at a time and place other than as designated by Immigration Officers of the United States of America; in violation of Title 8, United States Code § 1325.

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

Alberto Javier Montejo is a citizen of Mexico. On March 21, 2012, Alberto Javier Montejo was lawfully denied admission, excluded, deported, and removed from the United States through San Ysidro, California. On July 26, 2012, agents found Alberto Javier Montejo in the United States at or near Douglas, Arizona without the proper immigration documents. Alberto Javier Montejo did not obtain the express consent of the Attorney General or the Secretary of the Department of Homeland Security to re-apply for admission to the United States.

Furthermore, Alberto Javier Montejo admitted to entering the United States of America from the Republic of Mexico illegally, without being inspected by immigration officers, on or about July 18, 2012, at or near Douglas, Arizona.

**MATERIAL WITNESSES IN RELATION TO THE CHARGE:**

DETENTION REQUESTED
Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.

Authorized by AUSA Liza Granoff

SIGNATURE OF COMPLAINANT
(official title)
Caitlin Werner
OFFICIAL TITLE
U.S. Border Patrol Agent

Sworn to before me and subscribed in my presence.

SIGNATURE OF MAGISTRATE JUDGE[1]

DATE
July 27, 2012

[1] See Federal rules of Criminal Procedure Rules 3 and 54